**Canal Street:**
Length: North to South:
    482' South to the intersection of Valenti Way
    27' intersection
    435' South to New Chardon St.

Total 944'

$949 \times 39 = 36,816 \text{ sq ft.}$
$36,816 \div 7 = 5259 \text{ people}$

Width:
    From East to West:
        Sidewalk 10'
        <u>Street 39'</u>
        Sidewalk 24'
Total 73'

**Friend Street:**
Length: North to South:
    520' South to the intersection of Valenti Way
    27' intersection
    73' South to New Chardon Street

total 896'

$896 \times 23 = 20,608$
$20,608 \div 7 = 2944$

Width:
    From East to West:
        Sidewalk 7'
        <u>Street 23'</u>
        Sidewalk 9'
Total 39'

**Portland Street:**
Length: North to South:
    531' South to the intersection of Valenti Way
    27' intersection
    73' South to New Chardon Street

Total 635'

$635 \times 34 = 21,556$
$21,556 \div 7 = 3084$

Width: From East to West:
    Sidewalk 9'
    Street 34'
    Sidewalk 8'

Capacity Canal 5259
Friend 2944
Portland 3084
_____
11,287 people

Total 51'



300' x 86' = 25,800 sq. ft.

A = 7500 (300 x 25)
B = GIRDER + HEAD HOUSES (300 x 24 = 7200)
C = 300 x 37 (30+7) = 11100

```
 7500
 7200
11100
-----
25,800
```