

Final Alt. for DNC Bus Terminal