AO 458 (Rev. 10/95) Appearance

FILED
Clerk's Office
USDC, Mass.
Date 7/21/04
By _____
Deputy Clerk

# United States District Court
### DISTRICT OF MASSACHUSETTS

## APPEARANCE

CASE NUMBER: 04-11620 DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Coalition to Protest the DNC, ANSWER BOSTON, USWA Local 8751, et al.

I certify that I am admitted to practice in this court.

7/21/04
Date

Signature

Print Name: John McK. Paulo     Bar Number: 641113

Address: 142 Main St., Suite 406

City: Brockton    State: MA    Zip Code: 02301

Phone Number: 508/894-0050    Fax Number: 508/894-0051

This form was electronically produced by Elite Federal Forms, Inc.