UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BL(A)CK TEA SOCIETY, et al., )
                              )
              Plaintiffs,     )
    v.                        )    Civil Action No. 04-11620-DPW
                              )
CITY OF BOSTON,               )
                              )
              Defendant.      )

## NOTICE OF APPEAL

All plaintiffs hereby appeal, pursuant to 28 U.S.C. §1292(a)(1) to the United States Court of Appeal for the First Circuit from the order of the district court denying plaintiffs' motion for a preliminary injunction, entered on July 22, 2004.

THE BL(A)CK TEA SOCIETY, et al.
By their Attorneys,

/s/ Jonathan Shapiro
Jonathan Shapiro
BBO No. 454220
Jeff Feuer
BBO No. 546368
Damon Thomas
BBO No. 544074
NATIONAL LAWYERS GUILD,
MASSACHUSETTS CHAPTER
14 Beacon Street
Boston, MA 02108
(617)227-7335

/s/ John Reinstein
John Reinstein
BBO No. 416120
AMERICAN CIVIL LIBERTIES
UNION OF MASSACHUSETTS
99 Chauncey Street
Boston, MA 02111
(617)482-3170

*Neil G. McGaraghan (JB)*
Joseph L. Kociubes
BBO No. 276360
Neil G. McGaraghan
BBO No. 649704
BINGHAM McCUTCHEN, LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: July 23, 2004

G:\SSWG\JSMISC\protest project\notice of appeal.wpd