*[handwritten: 04-11620 USDC-MASO S. Woodlock]*

# United States Court of Appeals
## For the First Circuit

No. 04-2002

BLACK TEA SOCIETY, ET AL.,

Plaintiffs, Appellants,

v.

CITY OF BOSTON,

Defendant, Appellee.

Before

Boudin, <u>Chief Judge</u>,

Selya and Lipez, <u>Circuit Judges</u>.

*[stamp: RECEIVED CLERK'S OFFICE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT 2004 AUG 27 P 4: 59]*

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

*[signature]*

**Deputy Clerk**

**Date:** 8/27/04

JUDGMENT

Entered:   July 26, 2004

The order of the district court denying appellants' motion for preliminary injunctive relief is affirmed.   This judgment shall be entered forthwith.   An opinion of this court will issue as promptly as possible.

By the court:

## RICHARD CUSHING DONOVAN

Richard Donovan, Clerk

[cc: Damon T. Thomas, Jeffrey M. Feuer, Esq., John McK Pavlos, John Reinstein, Esq., Jonathan Shapiro, Esq., Joseph L. Kociubes, Esq., Neil G. McGaraghan, Esq., Mary Jo Harris, Esq., George B. Henderson, AUSA, Jennifer C. Boal, Esq., Michael P. Sady, AUSA, Anton P. Giedt, Esq., Michael J. Sullivan, USA ]