UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
BL(A)CK TEA SOCIETY,            )
et al.,                         )
    Plaintiffs,                 )
                                )
           v.                   )    CIVIL ACTION NO.
                                )    04-11620-DPW
CITY OF BOSTON,                 )
et al.,                         )
    Defendants.                 )
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

The parties having reported to the Court that no other issues remain pending in the above captioned matter and that the action can be dismissed as moot at this time, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

BY THE COURT,

/s/Rebecca Greenberg
Dated: October 25, 2004        Deputy Clerk